[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13733
Non-Argument Calendar
_____

D.C. Docket Nos. 1:15-cv-00053-RDP; 14-bkc-40157-JJR11


In re: ALABAMA MARBLE CO., INC.,

Debtor.
_____

STEPHEN MUSILINO,
SYCAMORE MARBLE COMPANY, INC.,
MEDITERRANEAN EXPORTS, INC.,

Plaintiffs - Appellants,

versus

ALABAMA MARBLE CO., INC.,
BLUE DEVIL INVESTMENTS, INC.,
DAVID LUCE,
CREDIT STRATEGY ADVISORS, INC.,
TBGS QUARRY, LLC,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(January 19, 2016)

Before TJOFLAT, WILSON, and JILL PRYOR, Circuit Judges.

PER CURIAM:

After an independent review of the record, we affirm the District Court's July 20, 2015, order denying Appellants' appeal from the United States Bankruptcy Court for the Northern District of Alabama. Appellants challenge a settlement agreement approved by the Bankruptcy Court, asking that this Court effectively undo all or part of that agreement. As the District Court properly held, the appellants' claims must be denied on equitable mootness grounds. *See Musilino v. Ala. Marble Co. Inc.*, 534 B.R. 820 (N.D. Ala. 2015). As such, we affirm the District Court's judgment.

**AFFIRMED.**

2